PROB 12C
(7/93)

Report Date: July 17, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2014

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason S. Stange | Case Number: 0980 2:05CR00152-RHW-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 17, 2006

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Use of a Firearm During Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii); |
| Original Sentence: | Prison -117 months; TSR - 60 months |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 11, 2014

Date Supervision Expires: April 10, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: Jason S. Stange is being supervised in the Western District of Washington, and was directed on July 16, 2014, to report to the U.S. Probation Office for a urinalysis test. Mr. Stange advised the supervising probation officer that he had a court date in Spokane, and he was ordered to pay a $4000 fine or face jail time. Mr. Stange reported he had no money to pay a fine and left. He refused to provide the probation officer with information regarding his current whereabouts. The probation officer tried to reason with the offender, and encouraged him to return and make a payment plan with the court in Spokane. Mr. Stange stated he was already in violation for leaving, and if he misses a payment, he will end up in custody anyway, so he is not returning. The offender was advised he was facing a possible warrant and the Court would be notified. Mr. Stange stated he did not care, and to notify the Court. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Stange, Jason S.
July 17, 2014
Page 2

**Supporting Evidence**: Mr. Stange failed to report for urinalysis testing on July 14 and 15, 2014. He was directed to report for a urinalysis test on July 16, 2014, and refused.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/17/2014

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 23, 2014
Date